No. 94–5515. JOHNSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5517. ELDEEB *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5518. KING *v.* WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–5519. T. H. *v.* T. H. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 94–5520. DONOVAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–5521. TEMPLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5523. KRUEGER *v.* SAIKI, ADMINISTRATOR, SMALL BUSINESS ADMINISTRATION. C. A. 8th Cir. Certiorari denied.

No. 94–5525. CICERO *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–5526. SCALICE *v.* DAVIES ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5528. RAMOS BEAUCHAMP *v.* BOARD OF BAR EXAMINERS. Sup. Ct. P. R. Certiorari denied.

No. 94–5529. SOTO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5531. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5532. CLONTS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–5533. VASHONE *v.* EMBRY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5534. YOVEV *v.* KERN COUNTY SUPERIOR COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5535. LEWIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.